UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/10

------------------------------------- x
SALVATORE TARANTO, as Parent and Legal : **ECF CASE**
Guardian of Matthew Taranto, and MATTHEW :
TARANTO, Individually,                 : 09 CV 7067 (NRB)(MHD)
                                       :
                  Plaintiff,           : ~~PROPOSED~~ **SCHEDULING**
                                       : **ORDER**
         - against -                   :
                                       :
FEDCAP REHABILITATION SERVICES, INC.,  :
                                       :
                  Defendants.          :
------------------------------------- x

**THIS MATTER** having come before the Court, and the named Plaintiffs Salvatore Taranto and Matthew Taranto, and Defendant Fedcap Rehabilitation Services, Inc., through counsel, having jointly submitted a letter dated April 14, 2010, and for good cause shown:

IT IS on this 15th day of April, 2010:

**ORDERED** that the Court's Scheduling Order, pursuant to the Report of Planning Conference, entered November 20, 2009, is amended and supplemented as follows:

1. Discovery take place in phases, and that expert discovery not take place until after the close of fact discovery and the resolution of any dispositive motions, whichever is later.

2. Fact discovery shall be completed by June 4, 2010.

3. Expert discovery shall be completed by August 13, 2010.

Date: April 14, 2010

_____
Hon. Naomi Reice Buchwald, U.S.D.J.

NY:4192993v1